

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00729-CR

Osborne Joseph **HARVEY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11668
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The trial court's certifications states this "is a plea-bargain case, and the defendant has NO right of appeal." We therefore **ORDER** the trial court clerk to file, **within ten days of the date of this order**, an electronic clerk's record containing the following documents:

1. All pre-trial motions and the orders on those motions, if any;

2. All documents relating to the defendant's plea bargain, including the court's admonishments, the defendant's waiver and consent to stipulation of testimony, and any other stipulations;

3. The judgment;

4. All post-judgment motions and the orders on those motions, if any;

5. The notices of appeal;

6. The trial court's certification of defendant's right of appeal; and

7. The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is **ORDERED** to send a copy of this order to all counsel, the trial court clerk, and the court reporters responsible for preparing the reporter's record in this appeal.



Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.

KEITH E. HOTTLE,
Clerk of Court